No. 85–6420. WHITE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–6421. JAHN v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 85–6423. SHIMKUS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–6426. CISSELL v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 85–6427. MITCHELL v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 85–6431. DALE v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 85–6432. JACKSON v. NEWSOME, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 85–6434. MORALES v. LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6436. DAY v. CONTINENTAL INSURANCE COS. C. A. 8th Cir. Certiorari denied.

No. 85–6437. CAMPBELL v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–6443. FRENCH v. O'LEARY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–6444. LAMPKIN v. MORRIS, SUPERINTENDENT, SOUTHEASTERN TRAINING CENTER. C. A. 6th Cir. Certiorari denied.

No. 85–6445. GUNTHER v. WORKMEN'S COMPENSATION APPEAL BOARD. Sup. Ct. Pa. Certiorari denied.

No. 85–6446. HOWARD v. FITZPATRICK ET AL. C. A. 11th Cir. Certiorari denied.